IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKE2 TECHNOLOGIES LIMITED, and THE CHINESE UNIVERSITY OF HONG KONG,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PACIFIC BIOSCIENCES OF CALIFORNIA, INC.,<br><br>                    Defendant. | C.A. No. 22-cv-1595-MN |

**PACIFIC BIOSCIENCES' MOTION TO DISMISS**

Defendant hereby moves to dismiss Plaintiffs' Complaint for failing to state a claim upon which relief can be granted. The grounds for this Motion are set forth in Defendant's opening brief.

WHEREFORE Defendant respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice.

1

February 14, 2023                                   Respectfully submitted,

                                                    FARNAN LLP

                                                    */s/ Brian E. Farnan*
                                                    Brian E. Farnan (Bar No. 4089)
                                                    Michael J. Farnan (Bar No. 5165)
                                                    919 North Market St., 12th Floor
                                                    Wilmington, DE 19801
                                                    Tel: (302) 777-0300
                                                    Fax: (302) 777-0301
                                                    bfarnan@farnanlaw.com
                                                    mfarnan@farnanlaw.com

                                                    Edward R. Reines (admitted *pro hac vice*)
                                                    Derek C. Walter (admitted *pro hac vice*)
                                                    WEIL, GOTSHAL & MANGES LLP
                                                    201 Redwood Shores Parkway
                                                    Redwood Shores, CA 94065
                                                    Tel: (650) 802-3000
                                                    Fax: (650) 802-3100
                                                    edward.reines@weil.com
                                                    derek.walter@weil.com

                                                    Kathryn Leicht (admitted *pro hac vice*)
                                                    WEIL, GOTSHAL & MANGES LLP
                                                    767 Fifth Avenue
                                                    New York, NY 10153
                                                    Telephone: 212-310-8000
                                                    kathryn.leicht@weil.com

                                                    *Attorneys for Defendant Pacific Biosciences of California, Inc.*